FRANCES CHMIELOWICZ, ALSO KNOWN AS FRANCES MILOWICZ, RESPONDENT, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, APPELLANT.

Submitted May 31, 1940—Decided October 10, 1940.

For the respondent, *Paul Supinski* and *Isidore Hornstein.*

For the appellant, *Drewen & Nugent.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—None.